## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SHEENA DELONEY**                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 4:08-CV-04217 BSM**

**RAY TUCKER and ARKANSAS**
**SPORTS HALL OF FAME MUSEUM**                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the order of this date, granting defendants' motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 11th day of March, 2009.


_____
UNITED STATES DISTRICT JUDGE